James Walker v. New York Preparatory School et al.—

Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.